# UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF ARKANSAS
# JONESBORO DIVISION

**TECO BARGE LINE, INC.**
                                                  **PLAINTIFF**

**v.**                        **CASE NO. 3:04-CV-320 GTE**

**DONALD RALPH FOLDEN, FOLDEN**
**FLYING SERVICES, INC., RIDDELL**
**FLYING SERVICES, INC., and**
**ARKANSAS BOLL WEEVIL**
**ERADICATION FOUNDATION**                          **DEFENDANT**

## ORDER

Presently before the Court is the Motion to Compel and for Fees and Sanctions filed by Defendants Donald Folden, Folden Flying Services, and Riddell Flying Services. Plaintiff states that it will comply with the propounded discovery requests and deliver to Defendants the documents at issue in its Motion. For this reason, the Court will deny the Motion.

IT IS THEREFORE ORDERED that the Motion to Compel and for Fees and Sanctions (Dkt. #22) shall be, and it is hereby, DENIED without prejudice.

Dated this 21st day of February, 2006.

                                                  _/s/Garnett Thomas Eisele_____
                                                 UNITED STATES DISTRICT JUDGE