**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION**

**TECO BARGE LINE, INC.,**                                                                                    **PLAINTIFF**

vs.                                              **Case No. 3:04CV00320 GTE**

**DONALD RALPH FOLDEN, FOLDEN
FLYING SERVICES, INC., RIDDELL
FLYING SERVICES, INCORPORATED,
and ARKANSAS BOLL WEEVIL
ERADICATION FOUNDATION,**                                                         **DEFENDANTS**

## CONSENT ORDER OF DISMISSAL WITH PREJUDICE

It appearing to the satisfaction of the Court from joint motion of the parties, statement of all counsel and the whole record that the matters and things heretofore in controversy have been resolved and that this matter should be dismissed with prejudice.

IT IS THEREFORE ORDERED, by consent, that this matter be and the same is, in its entirety, all claims, cross-claims and counterclaims, dismissed with prejudice and all motions are moot.

Each party to bear its own costs.

Dated this 14th day of August, 2006.

_/s/ Garnett Thomas Eisele_____
UNITED STATES DISTRICT JUDGE